UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TINA WITT

_____,    )

           Plaintiff (s),       )

                          )

       v.                   )    Case No. 4:18 CV 1506

                          )

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY      )

_____,    )

          Defendant(s).      )

NOTICE OF INTENT TO USE
PROCESS SERVER

               TINA WITT

Comes now _____ and notifies the court of the intent to use

       (Plaintiff or Defendant)

         HEAVEN SENT

_____

    (name  and address of process server)

   421 NORTH 7TH STREET, SUITE 422

_____

   PHILDELPHIA, PA 19123

_____

To serve:    THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
                      8801 INDIAN HILLS DRIVE
                      OMAHA, NE 68114 _____ in the

   (name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

9.7.18                             KRISTEN N. VAN FOSSAN

_____               _____

     (date)                    (attorney for Plaintiff)

                               _____

                           (attorney for Defendant)