MOED-0001            DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TINA WITT | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | )    Case No. 4.18 CV 1506. |
| THE LINCOLN NATIONAL LIFE INSRUANCE COMPANY/THE PLAN | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

### DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for TINA WITT hereby discloses the following organizational interests:

1.     If the subject organization is a corporation,

     a.     Its parent companies or corporations (if none, state "none"):
         NONE

     b.     Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
         NONE

     c.     Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
         NONE

2.     If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

Signature (Counsel for Plaintiff/Defendant)
Print Name:   KRISTEN N. VAN FOSSAN
Address:   211 N. BROADWAY, SUITE 2400
City/State/Zip:   ST. LOUIS, MO 63102
Phone:   314-241-9666

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
September 7, 2018.

Signature