UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TINA WITT
______________________,
Plaintiff (s),

v. Case No. 4:18 CV 1506

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
______________________,
Defendant(s).

NOTICE OF INTENT TO USE PROCESS SERVER

Comes now TINA WITT (Plaintiff or Defendant) and notifies the court of the intent to use

HEAVEN SENT
(name and address of process server)
421 NORTH 7TH STREET, SUITE 422
PHILDELPHIA, PA 19123

To serve: THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114 in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

9.7.18
(date)

KRISTEN N. VAN FOSSAN
(attorney for Plaintiff)

______________________
(attorney for Defendant)