UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| TINA WITT, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| vs. | ) | No. 4:18 CV 1506 |
| | ) | |
| LINCOLN FINANCIAL GROUP/THE PLAN, | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

Plaintiff's attorney mistakenly failed to file the actual document that was served on the Defendant on September 11, 2018, with the summons. I have attached the Complaint that was served with the summons.

Respectfully submitted,

/s/ *Kristen N. Van Fossan*

KRISTEN N. VAN FOSSAN, 63608
Attorney for Plaintiff
211 North Broadway, Suite 2400
St. Louis, MO 63102
(314) 241-9666 telephone/(314) 241-1125 facsimile

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on the US Attorney.

/s/*Kristen N. Van Fossan*

KRISTEN N. VAN FOSSAN, 63608