UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| TINA WITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18 CV 1506 |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY/The Plan, | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

COMES NOW Plaintiff, by and through counsel, and for the cause of action, states to the Court as follows:

1. Plaintiff, Tina Witt, brings this action against Defendant, Lincoln Financial Group and The Plan, pursuant to Section 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974, for appropriate relief under ERISA Sections 409 and 502(a)(5), to recover benefits due under the plan; and to obtain other appropriate relief as the court may deem just.

2. Plaintiff alleges that she was eligible for long term disability benefits under the plan, that she exhausted all administrative remedies available to her and was thereafter wrongfully denied long term disability benefits by the Defendant, and in doing so, Defendant violated Section 502(a)(1)(B) of ERISA.

**JURISDICTION AND VENUE**

3. Jurisdiction of this action is conferred upon this Court by ERISA 502(e)(1), 29 U.S.C. 1132(e)(1), which generally vests the United States district courts with exclusive jurisdiction over all actions brought under ERISA Title I. Pilot Life Insurance Co. v. Dedeaux, 481 U.S. 52 (1987)

4. Venue of this action lies in the United States District Court for the Eastern District of Missouri, pursuant to ERISA Section 502(e)(2), 29 U.S.C. 1132(e)(2), where the breach occurred.

## THE PARTIES

5. At all times material herein, Plaintiff was/is a resident of the state of Illinois.

6. At all times material herein, Plaintiff was a participant under the plan through her employment by Herzog Crebs, LLP.

7. The plan is an employee welfare benefits plan specifically covered under ERISA, 29 U.S.C. 1002(2)(A), and an employee benefit plan as defined by 29 U.S.C. 1002(3), under which plaintiff is a participant, as defined by 29 U.S.C. 1002(7)

8. At all times material herein, Lincoln Financial Group (hereinafter referred to as "Insurance Company") is the plan sponsor of the plan, within the meaning of ERISA, 29 U.S.C. 1002(16)(B)

9. At all times material herein, Lincoln Financial Group was the claims administrator of the plan, making and/or participating in making all benefit decisions under the Plan.

## STATEMENT OF FACTS

10. February 6, 2015, Plaintiff ceased working for Herzog Crebs, LLP as a paralegal. Shortly thereafter, plaintiff filed an application for disability benefits through her employer supplied policy with Defendant alleging inability to perform the material duties of any job due to symptoms resulting from her diagnosed conditions of hypersomnia, fibromyalgia, periodic limb movement disorder anxiety and depression. Plaintiff was approved for benefits and received same through August 8, 2016, at which time she received a denial dated August 12, 2016.

11. August 12, 2016, Defendant issued a decision finding "based on the medical documentation contained in your claim file, there are no applicable restrictions," despite both treating physicians opining that there are limitations and restrictions.

12. February 17, 2017, Plaintiff filed a timely appeal of Defendant's denial of benefits.

13. December 28, 2017, Defendant issued a correspondence with a copy of the review performed by Defendant's physician, Sushil M. Sethi, M.D, Board Certified in Occupational Medicine, General Surgery and Thoracic Surgery, who concluded that restrictions and limitations placed on plaintiff's physical activities by her physician are not reasonable or consistent with any medical findings." The doctor went on to state that her self-reported symptoms of sleep disorder, fatigue, obesity and depression did not cause a decrease in range of motion or neuromuscular deficit."

14. February 12, 2018, Plaintiff submitted, in response to Dr. Sethi's report, a response from plaintiff's physician, Dr. Sawar, who is Board Certified in psychiatry, neurology, neuromuscular medicine and sleep medicine. Dr. Sawar's report addressed Dr. Sethi's statements regarding physical findings of tender points throughout her body. He also explained how Plaintiff's conditions are multifactorial and also specifically refuted Dr. Sethi's opinion regarding his physical exams being "normal." He also clarified that self-reported symptoms are a required component to diagnose fibromyalgia.

13. March 7, 2018, Defendant issued a determination finding that the plaintiff, again, did not qualify for benefits. The decision simply agreed with Defendant's physician's opinion without adequate consideration of plaintiff's alleged disabling symptoms of pain and fatigue, which cannot be objectively measured.

21. Plaintiff has exhausted all administrative remedies required prior to the filing of this

complaint under ERISA.

22. 29 U.S.C. 1132(a)(1)(B) authorizes plaintiff to recover benefits due under the terms of the Plan, to enforce plaintiff's rights under the terms of the Plan, and/or to clarify plaintiff's right to future benefits under the terms of the Plan.

23. By denying plaintiff payment of disability benefits, the Defendant has violated and continues to violate ERISA, 29 U.S.C. 1132(a)(1)(B).

**WHEREFORE**, Plaintiff prays that she have and recover judgment in Plaintiff's favor and against Defendant as follows:

1. For monthly disability benefits from August 2016 through the resolution of this claim;
2. For benefit reinstatement;
3. For prejudgment and post judgement interest;
4. For an award of attorney fees and costs under 29 U.S.C. 1132(g)(1) and the facts and circumstances of this case; and
5. For such other relief as the court deems just and proper.

Respectfully submitted,

Kristen N. Van Fossan
/s/ KRISTEN N. VAN FOSSAN, 63608 MO
Attorney for Plaintiff
211 N. Broadway, Ste. 2400
St. Louis, MO 63102
(314) 241-9666 telephone/(314) 241-1125 facsimile
Email: kristenv@dwfox.com

CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on the US Attorney.

/s/ Kristen N. Van Fossan
KRISTEN N. VAN FOSSAN, 63608 MO