UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TINA WITT, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | No. 4:18-CV-01506-NCC |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY/THE PLAN, | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Noelle C. Collins to District Judge Henry Edward Autrey.

November 1, 2018
Date

*Gregory J. Linhares* /
Clerk of Court

By: /s/ Abby Cordray /
ABBY CORDRAY
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:18-CV-01506-HEA**