**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **TINA WITT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18-cv-001506 |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY/The Plan,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE REGARDING SCHEDULING CONFERENCE PARTICIPANT**

Pursuant to the Court's Order Setting Rule 16 Conference (Doc. 11) entered on November 5, 2018, Defendant The Lincoln National Life Insurance Company/The Plan ("Lincoln") hereby notifies the Court that Iwana Rademaekers will attend the December 13, 2018, Telephonic Scheduling Conference on behalf of Lincoln. Ms. Rademaekers may be reached for the conference on her direct line at (214) 564-9542.

Respectfully submitted,

By: *\/s/ Iwana Rademaekers*

Iwana Rademaekers (Texas Bar No. 16452560)
(*Admitted Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY/The Plan

## CERTFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 7th day of November 2018 to be served by operation of the Court's electronic filing system upon the following:

Kristen N. Van Fossan, #63608
Email: kristenv@dwfox.com

*Attorneys for Plaintiff*

/s/ *Iwana Rademaekers*
Iwana Rademaekers