UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| TINA WITT,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY/THE PLAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:18 CV1506-HEA |

**PLAINTIFF'S NOTICE REGARDING SCHEDULING CONFERENCE PARTICIPANT**

In accordance with the Court's Order Setting Rule 16 Conference for December 13, 2018 at 10:30 a.m., Plaintiff's counsel hereby notifies the Court that Ms. Kristen N. Van Fossan will attend the Telephonic Scheduling Conference. Ms. Van Fossan can be reached at 314-241-9666, extension 20.

Respectfully submitted,

/s/ Kristen N. Van Fossan
KRSITEN N. VAN FOSSAN, 63608 MO
Attorney for Plaintiff
211 N. Broadway, Ste. 2400
St. Louis, MO 63102
(314) 241-9666 telephone/(314) 241-1125 facsimile
Email: kristenv@dwfox.com

CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on the Defendant.

/s/ Kristen N. Van Fossan
KRSITEN N. VAN FOSSAN, 63608 MO