UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| TINA WITT,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY/THE PLAN,<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:18CV1506 HEA |

**ORDER**

**IT IS HEREBY ORDERED** that the scheduling conference pursuant to Fed.R.Civ.P. 16 set for December 13, 2018, is vacated. The Case Management Order will be issued based on the dates provided by the parties in their Joint Proposed Scheduling Plan.

Dated this 10th day of December, 2018.

Henry Edward Autrey

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE