UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TINA WITT

                   Plaintiff(s),

                 vs.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY/THE PLAN

                  Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

Case No.  4:18CV1506HEA

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's <u>Order Referring Case</u> to ADR for **mediation/early neutral evaluation, dated** _____ 12/14/2018 the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral:                    Michael S. Geigerman

Firm Name and Address:          USA&M
                                500 N. Broadway, Suite 1800
                                Saint Louis, Missouri 63102

Telephone & FAX Number:        314-231-4642

**The attorneys of record in this case are:**

Name of Lead Counsel:           Kristen Van Fossan

Firm Name and Address:          Dennis W. Fox & Associates
                                211 N. Broadway, Suite 2400
                                St. Louis, MO 63102

Telephone & FAX Number:        314-241-9666/314-241-1125

Name of Other Counsel:          Iwana Rademaekers

Firm Name and Address:    Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254

Telephone & FAX Number:    214-579-9319/469-444-6456

**The completion deadline for this ADR referral is** 05/14/2019

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:   TBD, but prior to May 14, 2019 deadline        2019

Time of Conference:   TBD        a/p.m.

Location of Conference (Check One):

☐  Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒  Other Location:   USA&M
500 N. Broadway, Suite 1800
Saint Louis, Missouri 63102

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

04/04/2019

Date

/s/  Kristen N. Van Fossan

Signature of Plaintiff(s)

/s/ Iwana Rademaekers

Signature of Defendant(s)