UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TINA WITT, | ) | |
| | ) | |
|      Plaintiff(s), | ) | |
| | ) | |
|   v. | ) | No. 4:18-CV-01506-HEA |
| | ) | |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY/THE PLAN, | ) | |
| | ) | |
|      Defendant(s). | ) | |

## NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo.  L. R.  6.03,

the Clerk of the court hereby notifies

     Name of Neutral/Firm:    GEIGERMAN, MICHAEL S.

     Firm Address:         500 North Broadway Suite 1800 St. Louis, MO  63102

     Email:               mgeigerman@usam.com

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that

the referral has been concluded.

The Attorneys of Record in this case are:

     Lead Counsel:   Kristen N. Van Fossan (for pla)
                        DENNIS W. FOX AND ASSOCIATES
                        211 N. Broadway
                        Suite 2400
                        St. Louis, MO  63102
                        Ph: 314-241-9666  FAX: 314-241-1125
     Other Counsel:  Iwana M. Rademaekers  (for dft)
                        LAW OFFICES OF IWANA RADEMAEKERS, P.C.
                        14785 Preston Rd.
                        Suite 550
                        Dallas, TX  75254
                        Ph:   FAX:

**The completion deadline for this ADR referral is May 14, 2019.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

April 5, 2019.                                  *Gregory J. Linhares*                    /
Date                                             Clerk of Court

                                         By:   /s/ Kelley Shirley        /
                                               KELLEY SHIRLEY
                                               Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TINA WITT, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. 4:18-CV-01506-HEA |
| | ) | |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY/THE PLAN, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties [☐ did ☐ did not] achieve a settlement. Check one

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____    Neutral: _____

GEIGERMAN, MICHAEL S.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TINA WITT, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. 4:18-CV-01506-HEA |
| | ) | |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY/THE PLAN, | ) | |
| | ) | |
| Defendant(s). | ) | |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN ALTERNATIVE DISPUTE
RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **parties** participating in the ADR conference.  The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel or corporate representative.  **Counsel of record need not provide name and email address.**

Name (printed):                                          Email address:

_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____


Date_____ Neutral_____