UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

TINA WITT,                                      )
                                                )
   Plaintiff.                                   )
                                                )
vs.                                             )      No. 4:18 CV 1506
                                                )
LIFEINSURANCE COMPANY OF                        )
NORTH AMERICA/THE PLAN,                          )
                                                )
   Defendant.                                   )

## STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, by and through counsel, and states to the Court as follows:

1.  Plaintiff and Defendant have come  to an agreement and desire to settle all matters concerning the above-cited claim outside of court.

WHEREFORE, the Plaintiff asks that the Court enter an Order dismissing the above -cited civil case with prejudice and without costs being assessed to any party.

Respectfully submitted,


/s/ *Kristen N. Van Fossan*
KRISTEN N. VAN FOSSAN, 63608
Attorney for Plaintiff
211 North Broadway, Suite 2400
St. Louis, MO  63102
(314) 241-9666 telephone/(314) 241-1125 facsimile


CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on Defendant.


/s/*Kristen N. Van Fossan*
KRISTEN N. VAN FOSSAN, 63608